IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Oil Lift Technology Inc., <br><br> Plaintiff, <br><br> v. <br><br> Millennium Oilflow Systems & Technology Inc. and Most Oil USA Inc. <br><br> Defendants. | C.A. No. 17-1212-LPS-CJB <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Having considered Plaintiff Oil Lift Technology, Inc.'s Motion for a Preliminary Injunction, and the submissions filed in support thereof, the Court hereby grants Plaintiffs' Motion as follows:

Defendants Millennium Oilflow Systems & Technology Inc. and Most Oil USA Inc. (collectively "MOST"), its officers, agents and servants, employees, attorneys, and all others in active concert or participation with it who receive actual notice of the Order are preliminarily enjoined during the pendency of this action from making, selling, or offering for sale the infringing rod lock clamps in the United States during the pendency of this action, including the products MOST identifies on its website (https://mostoil.com/technical-support) as the Rod Clamping BOP, Rod Clamping Dual Ram BOP, Rod Clamping Ratigan BOP, and Swivel Rod Clamping BOP, or any other products not more than colorably different or that otherwise infringe U.S. Patent No. 9,016,362 or U.S. Patent No. 9,322,238.

IT IS SO ORDERED this _____ day of _____, 2018.

_____
Magistrate Judge Christopher A. Burke